JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES PASCHALL, | Case No. 2:18-cv-10752-SVW (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| R.C. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: <u>January 4, 2020</u>

_____
STEPHEN V. WILSON
United States District Judge